IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAREY A. MANDERS, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | No. 1:21-CV-04373-SCJ-CMS |
| ALTISOURCE, INC., | |
| Defendant. | |

ORDER

This matter appears before the Court on The Final Report and Recommendation of Magistrate Judge Salinas. Doc. No. [5].[1]

On March 7, 2022, Judge Salinas recommended that this action be dismissed without prejudice for failure to serve Defendant with the Complaint. Id. at 5. On October 21, 2021, Plaintiff filed this action. On February 22, 2022, Judge Salinas Ordered Plaintiff to show cause as to why this case should not be

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

dismissed for failure to serve and want of prosecution. Doc. No. [3]. On February 28, 2022, Plaintiff responded to the Court Order and stated that, on two occasions, she mailed the Complaint to Defendant using U.S. Postal Service. Doc. No. [4]. Judge Salinas then recommended that this action be dismissed and explained the proper method for serving the Complaint on Defendant. Doc. No. [5], 5.

On March 12, 2022, Plaintiff filed her First Amended Complaint. On March 21, 2022, Plaintiff filed her Response to the Report and Recommendation, asking this Court not to dismiss the action and informing the Court that Defendant received the Complaint. Doc. No. [8]. On March 29, 2022, Plaintiff filed an Affidavit of Service of the Amended Complaint, which shows that Defendant's Registered Agent was served with the Complaint. Doc. No. [11].

After review, the Court **ADOPTS** the Magistrate's Recommendation. Although, Plaintiffs have now served Defendant with the Amended Complaint, under Fed. R. Civ. P. 4(m), the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Because Plaintiff did not serve the Complaint within 90-days of filing this Complaint and did not show good cause in its Response to the

2

Magistrate's Show Cause Order, the Court finds that Plaintiff's Complaint was properly dismissed.

For the foregoing reason, the Court **ADOPTS** the Magistrate's Report and Recommendation. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED** this 7th day of April, 2022.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**